RONALD WILCOX, State Bar No. 176601
ATTORNEY AT LAW
2160 The Alameda, First Floor, Suite F
San Jose, CA 95126
Tel: (408) 296-0400
Fax: (408) 296-0486
E-mail: ronaldwilcox@post.harvard.edu

Attorney for Plaintiff

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| DAVID FRASER, | ) Civil Action No.: C06-07458 JCS |
| Plaintiff, | ) |
| vs. | ) STIPULATION TO MEDIATION AND |
| | ) [~~PROPOSED~~] ORDER |
| THE RECEIVABLE MANAGEMENT SERVICES CORPORATION a/k/a RMS, MICHELLE MOORE, and CINDY FUNK, | ) |
| Defendants. | ) |

The parties hereby stipulate to the Alternative Dispute Resolution Unit's mediation program.

Date: 2/23/07

_/s/ Ronald Wilcox_
Ronald Wilcox, counsel for Plaintiff

_/s/ June Coleman_
June Coleman, counsel for Defendant

1

~~PROPOSED~~ ORDER

Pursuant to the parties' stipulation, this matter is referred to mediation.

IT IS SO ORDERED.

Date: February 27, 2007



_____
U.S. DIS
MAG

2