1 | Mark E. Ellis - 127159
  | June D. Coleman - 191890
2 | ELLIS, COLEMAN, POIRIER, LAVOIE, & STEINHEIMER LLP
  | 555 University Avenue, Suite 200 East
3 | Sacramento, CA 95825
  | Telephone: (916) 283-8820
4 | Facsimile: (916) 283-8821

5 | Attorneys for Defendant
  | CINDY FUNK and THE RECEIVABLE MANAGEMENT SERVICES CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

DAVID FRASER,

    Plaintiffs,

v.

THE RECEIVABLE MANAGEMENT SERVICES CORPORATION a/k/a RMS, MICHELLE MOORE, and CINDY FUNK

    Defendants.

Case No.: C06-07458 JCS

**REQUEST TO APPEAR TELEPHONICALLY AT THE CASE MANAGEMENT CONFERENCE**

Date: March 16, 2007
Time: 1:30 p.m.
Courtroom: A, 15th Floor

    June D. Coleman, counsel for Defendants CINDY FUNK and THE RECEIVABLE MANAGEMENT SERVICES CORPORATION, request permission to appear by telephone at the Case Management Conference scheduled in this matter. Ms. Coleman's office is located, some 96 miles from the Court

Dated: March 15, 2007

    ELLIS, COLEMAN, POIRIER, LaVOIE
    &amp; STEINHEIMER, LLP

By /s/ June D. Coleman
    June D. Coleman
    Attorneys for Defendants
    CINDY FUNK and THE RECEIVABLE
    MANAGEMENT SERVICES CORPORATION

- 1 -

REQUEST TO APPEAR TELEPHONICALLY AT 3/16/07 CASE MANAGEMENT CONFERENCE

The court hereby grants the request of June D. Coleman to appear at the above-mentioned hearing telephonically.

IT IS SO ORDERED.

Dated: __March 15__, 2007



Honorable Joseph C. Spero

- 2 -

REQUEST TO APPEAR TELEPHONICALLY AT 3/16/07 CASE MANAGEMENT CONFERENCE