Mark E. Ellis - 127159
June D. Coleman - 191890
ELLIS, COLEMAN, POIRIER, LAVOIE, & STEINHEIMER LLP
555 University Avenue, Suite 200 East
Sacramento, CA  95825
Telephone:   (916) 283-8820
Facsimile:    (916) 283-8821

Attorneys for Defendant
THE RECEIVABLE MANAGEMENT SERVICES CORPORATION and CINDY FUNK

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| DAVID FRASER,<br><br>    Plaintiffs,<br><br>v.<br><br>THE RECEIVABLE MANAGEMENT SERVICES CORPORATION a/k/a RMS, MICHELLE MOORE, and CINDY FUNK<br><br>    Defendants. | Case No. C06-07458 JCS<br><br>[PROPOSED] ORDER GRANTING REQUEST BY CINDY FUNK FOR HER TO APPEAR AT MEDIATION SESSION VIA TELEPHONE STANDBY |

The Court hereby grants Defendant Cindy Funk's request and orders that she is excused from personal appearance at the June 4, 2007 mediation session.  Ms. Funk is required to be immediately available by telephone for the duration of the mediation session.

IT IS SO ORDERED.

Date: 5/7, 2007

_____
WAYNE D. BRAZIL
Magistrate Judge
United States District Court

- 1 -

[PROPOSED] ORDER GRANTING REQUEST BY CINDY FUNK FOR HER TO APPEAR AT MEDIATION SESSION VIA TELEPHONE STANDBY