Ronald Wilcox, Attorney at Law
2160 The Alameda, First Floor
Tel: 408-296-0400 Fax: 408-296-0400
Email: ronaldwilcox@post.harvard.edu

**FILED**

MAY 25 2007

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

Ronald Wilcox, Esq., State Bar No. 176601
2160 The Alameda, First Floor, Suite F
San Jose, CA 95126
Tel: (408) 296-0400
Fax: (408) 296-0486
ronaldwilcox@post.harvard.edu

ATTORNEY FOR PLAINTIFF

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| DAVID FRASER,<br>Plaintiff,<br><br>v.<br>THE RECEIVABLES MANAGEMENT<br>SERVICES COMPANY,<br>Defendants. | Case No. 06-07458 JCS |

### ORDER DENYING REQUEST TO BE EXCUSED

Defendant THE RECEIVABLES MANAGEMENT SERVICES COMPANY has filed a request that its insurance carrier be excused from personally attending mediation. ~~The request does not conform with ADR Local Rule 6 (d) in that it was not timely filed,~~ and there is no extraordinary or otherwise unjustifiable hardship in personally attending the Mediation. Thus, the request is DENIED.

Dated: 5/25/07

_____
ADR Magistrate Judge Brazil

ORDER DENYING REQUEST TO BE EXCUSED, 06-07458 JCS