Ronald Wilcox, Esq., 176601
2160 The Alameda, First Floor, Suite F
San Jose, CA 95126
Tel: (408) 296-0400
Fax: (408) 296-0486
ronaldwilcox@post.harvard.edu
**ATTORNEY FOR PLAINTIFF**

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| DAVID FRASER,<br><br>Plaintiff,<br><br>v.<br><br>THE RECEIVABLE MANAGEMENT SERVICES CORPORATION a/k/a RMS and CINDY FUNK,<br><br>Defendants. | Civil Action No. 06-07458 JCS<br><br>JOINT REQUEST TO CONTINUE 6/15/07 CMC, and TO APPEAR TELEPHONICALLY, and [~~PRPOSED~~] ORDER<br><br>Date: June 15, 2007<br>Time: 1:30 p.m.<br>U.S. District Court<br>450 Golden Gate Ave.<br>San Francisco, CA 94102<br>Courtroom A, 15th Floor<br>Hon. Joseph C. Spero |

The parties agreed to attend Mediation, and such was set for June 4, 2007. Due to a calendar conflict for Defendants' Counsel, the parties agreed to move the Mediation date to June 13, 2007. Therefore, the parties hereby request the Court to continue the Case Management Conference set for June 15, 2007, to June 22, 2007. Since Plaintiff's Counsel may be out of state on such date, he respectfully requests to be allowed to appear telephonically. Defendant's counsel also requests to be allowed to appear telephonically from her office in Sacramento, CA.

Dated: June 7, 2007

_____
Ronald Wilcox, Counsel for Plaintiff

Dated: June ___, 2007

_____
June Coleman, Counsel for Defendants

1

[~~PROPOSED~~] ORDER

Pursuant to the Joint Request of the parties the June 15, 2007 Case Management Conference shall be continued to June 22, 2007. The parties shall file a Joint CMC Statement by June 15, 2007.

The parties are allowed to appear telephonically for the Case Management Conference. Parties shall submit contact phone numbers one (1) week prior to the hearing. Court to initiate the phone contact.

Date: June 8, 2007

_____
U.S. MAGISTRATE J.

*IT IS SO ORDERED AS MODIFIED*
*Judge Joseph C. Spero*

2