Mark E. Ellis - 127159
June D. Coleman - 191890
ELLIS, COLEMAN, POIRIER, LAVOIE, & STEINHEIMER LLP
555 University Avenue, Suite 200 East
Sacramento, CA 95825
Telephone: (916) 283-8820
Facsimile: (916) 283-8821

Attorneys for Defendant
CINDY FUNK and THE RECEIVABLE MANAGEMENT SERVICES CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| DAVID FRASER,<br><br>　　　　Plaintiffs,<br><br>v.<br><br>THE RECEIVABLE MANAGEMENT SERVICES CORPORATION a/k/a RMS, MICHELLE MOORE, and CINDY FUNK<br><br>　　　　Defendants. | Case No.: C06-07458 JCS<br><br>**REQUEST TO APPEAR TELEPHONICALLY AT THE CASE MANAGEMENT CONFERENCE**<br><br>Date: June 22, 2007<br>Time: 1:30 p.m.<br>Courtroom: A, 15th Floor |

　　　　June D. Coleman, counsel for Defendants CINDY FUNK and THE RECEIVABLE MANAGEMENT SERVICES CORPORATION, request permission to appear by telephone at the Case Management Conference scheduled in this matter. Ms. Coleman's office is located, some 96 miles from the Court

Dated: June 12, 2007

　　　　　　　　　　　　　　　　ELLIS, COLEMAN, POIRIER, LaVOIE
　　　　　　　　　　　　　　　　& STEINHEIMER, LLP


　　　　　　　　　　　　　　　　By /s/ June D. Coleman
　　　　　　　　　　　　　　　　　　June D. Coleman
　　　　　　　　　　　　　　　　　　Attorneys for Defendants
　　　　　　　　　　　　　　　　　　CINDY FUNK and THE RECEIVABLE
　　　　　　　　　　　　　　　　　　MANAGEMENT SERVICES CORPORATION

- 1 -

**REQUEST TO APPEAR TELEPHONICALLY AT 3/16/07 CASE MANAGEMENT CONFERENCE**

The court hereby grants the request of June D. Coleman to appear at the above-mentioned hearing telephonically.

IT IS SO ORDERED.

Dated: **June 13**_____, 2007

_____
Honorable Joseph C. Spero

*[Seal: United States District Court, Northern District of California — Judge Joseph C. Spero]*