Ronald Wilcox, Esq., 176601
2160 The Alameda, First Floor, Suite F
San Jose, CA 95126
Tel: (408) 296-0400
Fax: (408) 296-0486
ronaldwilcox@post.harvard.edu

**ATTORNEY FOR PLAINTIFF**

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN JOSE DIVISION

| | |
|---|---|
| DAVID FRASER, ) | Civil Action No. 06-07458 JCS |
| ) | |
| Plaintiff, ) | PLAINTIFF'S CASE MANAGEMENT CONFERENCE STATEMENT and ORDER |
| ) | |
| v. ) | |
| ) | Date: June 22, 2007 |
| THE RECEIVABLE MANAGEMENT ) | Time: 1:30 p.m. |
| SERVICES CORPORATION a/k/a RMS ) | U.S. District Court |
| and CINDY FUNK, ) | 450 Golden Gate Ave. |
| ) | San Francisco, CA 94102 |
| Defendants. ) | Courtroom A, 15th Floor |
| ) | Hon. Joseph C. Spero |

The parties attended Mediation on June 13, 2007. With the assistance of the Mediator, Thomas Losavio, the parties reached an agreement to resolve this matter. The terms of the agreement have yet to be executed. Plaintiff respectfully requests the Court continue the June 22, 2007 CMC to July 27, 2007, to allow the matter to be concluded.

Dated: June 15, 2007           /s/Ronald Wilcox
                                Ronald Wilcox, Counsel for Plaintiff

1

[~~PROPOSED~~] ORDER

The request to continue the June 22, 2007 Case Management Conference to July 27, 2007, is hereby GRANTED.

IT IS SO ORDERED.

Date:   06/19/07

_____
U.S. MAGISTRATE JUDGE SPERO

*Judge Joseph C. Spero*