```
RONALD WILCOX, Bar No. 176601
2160 The Alameda, First Floor, Suite F
San Jose, CA 95126
Tel: 408-296-0400
Fax: 408-296-0486
```

# U.S. DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN FRANCISCO/OAKLAND DIVISION

| | |
|---|---|
| DAVID FRASER, | Case No.: 06-07458-JCS |
| Plaintiff, | AGREED MOTION TO DISMISS AND [PROPOSED] ORDER |
| v. | |
| THE RECEIVABLES MANAGEMENT SERVICES CORPORATION a/k/a RMS, MICHELLE MOORE, and CINDY FUNK | |
| Defendants. | |

In light of the settlement between the parties, PLAINTIFF hereby moves this Court to dismiss this action with prejudice. Defendant, through its attorney, has agreed to the granting of this motion.

Respectfully,

/s/ Ronald Wilcox                    7/14/07
Ronald Wilcox, Plaintiff's counsel   Date

/s/ June Coleman                     7/18/07
June Coleman, Defendant's counsel    Date

**[PROPOSED] ORDER**

On this day the Court considered Plaintiff's Agreed Motion to Dismiss with Prejudice. The Court finds that such motion should be granted.

IT IS THEREFORE ORDERED that this case is hereby dismissed with prejudice. The Clerk shall close this file.

Dated: __July 23, 2007__

_____
HON. JOSEPH SPERO

*[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — Judge Joseph C. Spero signature]*